Richard M. SNOWDEN, Administrator of the Estate of Ernest Lee Smith, Appellant, v. UNITED STATES of America, Appellee.

No. 7338.

Circuit Court of Appeals, Sixth Circuit.
Jan. 11, 1938.

Marcus C. Redwine, of Winchester, Ky., and Perry B. Miller, of Louisville, Ky., for appellant.

J. T. Metcalf, of Winchester, Ky., for the United States.

Before MOORMAN and HICKS, Circuit Judges, and HAMILTON, District Judge.

PER CURIAM.

The law and facts of this cause having been submitted to the trial court without a jury, and the appellant not having made any request for specific findings of fact or law, it is ordered that the judgment be affirmed on the authority of Rose v. United States, 6 Cir., 69 F.2d 966, Thomas E. Basham Co. v. Lucas, 6 Cir., 30 F.2d 97, and Fleischmann Const. Co. v. United States, 270 U.S. 349, 46 S.Ct. 284, 70 L.Ed. 624.

Herman SPIELBERGER, Doing Business as H. Spielberger & Company, Appellant, v. The PHILAD COMPANY, Appellee.

No. 7917.

Circuit Court of Appeals, Sixth Circuit.
Jan. 4, 1938.

Morris Kirschstein, of New York City, for appellee.

Before MOORMAN, HICKS, and SIMONS, Circuit Judges.

PER CURIAM.

It appearing to the court that a stipulation to docket and dismiss the appeal has been filed, accompanied by certificate of the Clerk of the District Court as required by rule 18, on consideration whereof, it is ordered that the appeal be, and the same is hereby, docketed and dismissed.

Rose N. STRAUS, Transferee, etc., v. COMMISSIONER OF INTERNAL REVENUE.

No. 6424.

Circuit Court of Appeals, Seventh Circuit.
Oct. 19, 1937.

George T. Altman, of Chicago, Ill., for petitioner.

James W. Morris, of Washington, D. C., for respondent.

Before EVANS and MAJOR, Circuit Judges.

PER CURIAM.

On motion of counsel for respondent, and upon consideration of the certificate of the clerk of the United States Board of Tax Appeals, it is now here ordered and adjudged that this cause be docketed in this court and that the petition of Rose N. Straus, Transferee, Estate of Simon J. Straus, for a review of the decision of the United States Board of Tax Appeals, entered therein on May 25, 1935, be, and the same is hereby, dismissed.